RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2023 MAR 1 PM 3:42

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO*
*42 U.S.C. § 1983*

Carlos Gonzalez Oliver
_____
Full name of plaintiff
*Nombre completo del demandante*

23-cv-1098 SCC

v.

Administracion de Correccion
_____

_____

Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I.  Previous lawsuits.
    *Pleitos radicados anteriormente.*

    A.  Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?*

        ( )  Yes *(Sí)*                    (X)  No

    B.  If your answer to "A" is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, descríbalos en otro papel*

42:1983                              -1-

*utilizando el mismo modelo.*

1. Parties to the previous lawsuit.
   *Partes en el pleito anterior.*

   Plaintiff(s)
   *Demandante(s)*  ___N/A___

   Defendant(s)
   *Demandado(s)*  ___N/A___

2. Court. If federal court, name the district, if state court, name the county or part.

   *Tribunal. Si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala.*

   ___N/A___

3. Docket number.
   *Número asignado.*  _____

4. Name of judge to whom the case is assigned.
   *Nombre del juez a quien se le asignó el caso.*

   ___N/A___

5. Disposition. For example: Was the case dismissed? Was it appealed? Is it still pending?

   *Disposición. Por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?*

   ___N/A___

6. Approximate date of filing lawsuit.
   *Fecha aproximada en que radicó el pleito.*

   ___N/A___

7. Approximate date of disposition.
   *Fecha aproximada en que se resolvió el pleito.*

   _____ N/A _____

II. Place of confinement.
    *Lugar actual de reclusión.*

   A. Is there a prisoner's grievance procedure in the institution?
      *¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

      (X) Yes *(Sí)*                    ( ) No

   B. Did you present the facts related to your complaint in the state prisoner's grievance procedure?
      *¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

      (X) Yes *(Sí)*                    ( ) No

   C. If your answer is yes,
      *Si su contestación es afirmativa,*

      1. What steps did you take?
         *¿Qué medidas tomó usted?*

         Hable con los Superintendentes y con los sociales

      2. What was the result?
         *¿Cuál fue el resultado?*

         Que siguiera haciendo remedios

   D. If your answer is No, explain why not.
      *Si su contestación es No, explique porqué.*

      _____ N/A _____

42:1983                              -3-

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

(X) Yes *(Sí)*    ( ) No

F.  If your answer is Yes,
*Si su contestación es en la afirmativa,*

1. What steps did you take?
*¿Qué medidas tomó usted?*

Escribir y demandar

2. What was the result?
*¿Cuál fue el resultado?*

Estoy a la espera de contestación

III. Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank. Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A.  Name of plaintiff
*Nombre del demandante*   Carlos González Oliver

Address
*Dirección*   Institución Ponce 1000 3P-114
Box 3699 PBP. Ponce PR 00728-13014

42:1983                                -4-

Peticionarios

1- Kermit Rodriguez Jean 3P-109
2- Daniel Mendez Rivera 3P-915
3- Manuel Rodriguez Cruz 3P-905
4- Jose Delgado Carrion 3P-901
5- Jonathan Davila Rosa 3P-101
6- Adolfo Santiago Torres 3P-102
7- Elvin Perez Perez 3P-102
8- Luis Perez Llantin 3P-104
9- Manuel Munoz Sarmiento 3P-213
10- Luis Mora Rodriguez 3P-211
11- Antonio Rodriguez Pagan 3P-103
12- Angel Alicea Hernandez 3P-110
13- Angel Suarez Cornier 3P-113
14- Ismael Roman Xxxx 3P-101

Esta es la direccion de todos:
Institucion Ponce 1000 3P—
500 P.S.P. Ponce, P.R. 00728-1504

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B. Defendant
   *Demandado*  _Administracion de Correccion_

   is employed as
   *está empleado como*  _____

   at
   *en*  _Box 71308 San Juan, PR 00936_

IV. Statement of Claim.
    *Relación de Hechos.*

State here, as briefly as possible, the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los <u>hechos</u> del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

_Llenamos en el mes de noviembre 2021 un formulario para que se nos diera el dinero del estimulo Federal y a esta fecha no he recibido nada._

42:1983                                    -5-

V. Request for Relief.
*Solicitud de Remedio.*

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted. No escriba argumentos legales ni cite precedentes ni estatutos.*

Que el honorable ordene el pago total inmediato y si amerita con intereses.

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this 27 day of Febrero of 2023.
         (día)         (mes)          (año)

x Carlos González Oliver
Plaintiff's signature
*Firma del demandante.*

42:1983                    -6-